IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Louis Ferrari Doyle - #079977

_____/

CV 10 80 0098 MISC VRW

### ORDER TO SHOW CAUSE

It appearing that Louis Ferrari Doyle has been suspended for sixty days by the Supreme Court of California effective March 26, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before May 31, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Louis Ferrari Doyle
Attorney At Law
P O Box 360
San Martin, CA 95046