**FILED**

JUN 25 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Louis Ferrari Doyle,

State Bar No 079977

No CV-10-80098 MISC VRW

ORDER

_____/

On April 28, 2010, the court issued an order to show cause (OSC) why Louis Ferrari Doyle should not be removed from the roll of attorneys authorized to practice law before this court based on his sixty day suspension by the Supreme Court of California effective March 26, 2010.

The OSC was mailed to Mr Doyle's address of record with the State Bar on April 30, 2010. Mr Doyle filed a response on May 17, 2010, outlining the reasons for the suspension.

The sixty-day suspension is now complete and the California State Bar web site indicates that Mr Doyle is on active status as of May 25, 2010, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Louis F Doyle,

_____/

Case Number: C10-80098 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis Ferrari Doyle
PO Box 360
San Martin, CA 95046

Dated: June 25, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*